# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0200. CONNIE LOWRY et al v. GEORGIA DEPARTMENT OF COMMUNITY HEALTH, DIVISION OF MEDICAL ASSISTANCE.**

The Georgia Department of Community Health filed a complaint against Connie Lowry, as the Administrator of the Estate of Brenda Meeks Hall, and individually, seeking to recover medical assistance payments. The parties filed cross-motions for summary judgment, which the trial court denied. Lowry then filed this direct appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Here, the action remains pending below. Lowry was thus required to comply with the interlocutory appeal procedures to appeal the order denying her motion for summary judgment. See OCGA § 5-6-34 (b); *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996).

The record shows that Lowry obtained a certificate of immediate review, but then filed this direct appeal.[1] Because Lowry is not entitled to a direct appeal here, this appeal is hereby DISMISSED. See *Shackelford v. Green*, 180 Ga. App. 617, 617-619 (349 SE2d 781) (1986).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  09/12/2024

         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The Georgia Department of Community Health filed an application for interlocutory review. See A25I0022.